IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 (Subchapter V) |
| LONE STAR RESTAURANT GROUP, LLC | § § | Case No. 24-50423-CAG |
| | § | |
| **Debtor.** | § | |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Brad W. Odell, having been appointed trustee of the estate of the above-named Debtor, report I never received any funds from the Debtor while serving as trustee. A plan was not confirmed, and the case was dismissed on October 8, 2024. Because a plan was not confirmed, I have not received any plan payments or any other payments or funds from the Debtor. Therefore, I have not distributed any funds of the Debtor. I hereby certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: March 18, 2025.

Respectfully submitted,

By: /s/ Brad W. Odell
Brad W. Odell
Texas Bar No. 24065839

1500 Broadway, Suite 700
Lubbock, TX 79401
Email: bodell@mhba.com
Phone: 806-765-7491
***Subchapter V Trustee***